IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:17-CR-154 |
| v. | ) | |
| | ) | The Honorable T.S. Ellis, III |
| KEVIN PATRICK MALLORY, | ) | |
| | ) | Trial: May 29, 2018 |
| Defendant. | ) | |

**STIPULATION 2 CONCERNING TRIAL EXHIBITS**

The United States of America, by G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, John T. Gibbs and Colleen E. Garcia, Assistant United States Attorneys, and Jennifer Kennedy Gellie, U.S. Department of Justice Trial Attorney, and the defendant Kevin Patrick Mallory, through counsel, for purposes of trial stipulate as required and appropriate to the authenticity, foundation, and proper chain of custody for the following United States exhibits and facts:

1. The United States and the defendant hereby stipulate and agree that Government Exhibits 3-1, 3-2, and 3-2A are authentic business records of LinkedIn Corporation.

2. The United States and the defendant hereby stipulate and agree that Government Exhibits 3-3, 3-20, and 3-22 are authentic business records of AOL.

3. The United States and the defendant hereby stipulate and agree that Government Exhibits 3-5, 3-6, 3-8, 3-10, 3-11, 3-13, 3-14, 3-15, 3-17, 3-18, 3-21, and 12-1 are authentic business records of Google Inc.

4. The United States and the defendant hereby stipulate and agree that Government Exhibits 3-16-1, 3-24A, and 3-24B are authentic business records of Apple Inc.

5. The United States and the defendant hereby stipulate and agree that Government Exhibit 3-19 is an authentic business record of Microsoft Corporation.

6. The United States and the defendant hereby stipulate and agree that Government Exhibits 4-2 and 4-3 are authentic business records of United Airlines, Inc.

7. The United States and the defendant hereby stipulate and agree that Government Exhibits 6-4 through 6-12 are authentic business records of FedEx Corporation. The United States and the defendant hereby stipulate and agree that Government Exhibits 6-2, 6-3 and 6-3A are photographs of, respectively, the exterior of the FedEx store where the defendant was observed on April 25, 2017, and two photographs of a commercial scanner identified as an Image Press C700.

8. The United States and the defendant hereby stipulate and agree that Government Exhibit 10-1 is an authentic business record of Bank of America Corporation.

9. The United States and the defendant hereby stipulate and agree that Government Exhibits 10-6 and 10-7 are authentic business records of State Department Federal Credit Union.

10. These stipulations are admissible in evidence.

So stipulated:

G. Zachary Terwilliger
United States Attorney

By: ______________________________
John T. Gibbs
Assistant United States Attorney
Colleen E. Garcia
Assistant United States Attorney
Jennifer Kennedy Gellie
Trial Attorney, U.S. Department of Justice

______________________________
Geremy C. Kamens
Todd M. Richman
Counsel for Defendant

______________________________
Kevin Patrick Mallory
Defendant